IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GILBARCO INC., <br><br> Plaintiff, <br><br> v. <br><br> TRONITEC, INC., <br><br> Defendant. | 11CV352 |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Gilbarco Inc. ("Gilbarco") and Defendant Tronitec, Inc. ("Tronitec") have moved this Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss with prejudice all claims and counterclaims that could have been asserted in the above-captioned action between these parties, with each of these parties bearing its own attorney's fees and other expenses, subject to the entry of the Consent Order Entering Permanent Injunction. For good cause appearing, IT IS HEREBY **ORDERED** that the motion for dismissal with prejudice should be granted. The Court shall retain jurisdiction over the Parties in order to implement and carry out the terms of all orders and decrees entered herein and to entertain any suitable application or motion for additional relief pertaining to this litigation.

This the 28th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE